UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO: 7:12-CR-88-3BO

FILED IN OPEN COURT
ON 10/24/2012
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| HARRY FRANKLIN WILLIAMSON ) | |

Upon the government's unopposed motion in open court, and for good cause shown It is hereby ORDERED that the United States Marshal's Service shall permit the following agents to take temporary custody of Defendant on October 24, 2012:

> Mark Oxendine
> Bureau of Alcohol, Tobacco, Firearms and Explosives
>
> John van Dalen
> Drug Enforcement Administration

It is further ORDERED that the agents shall employ appropriate physical security restraints at all times that the Defendant is in their custody.

It is further ORDERED that Defendant shall be returned to the Marshal's custody by close of business on October 24, 2012.

SO ORDERED, this the 24th day of October, 2012.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE